| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CASBN 230237)<br>Special Assistant United States Attorney |
| 5 | ACADIA L. SENESE |
| 6 | Law Clerk |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 8 | Telephone: (415) 436-7031<br>Fax: (415) 436-7234 |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00691 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER FOR SUMMONS** |
| v. | ) | |
| CLAYTON SERRAO, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Acadia L. Senese, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Clayton Serrao to appear on December 6, 2005 at 9:30 am before Magistrate Judge Elizabeth D. Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 11/22/05

EDWARD M. CHEN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00691 MAG