1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   ACADIA L. SENESE
6  Law Clerk

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
8     Telephone: (415) 436-7031
      Fax: (415) 436-7234
9     Derek.Owens@usdoj.gov

10 Attorneys for Plaintiff

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,        )  Case No. CR 05-00691 MAG
                                    )
15        Plaintiff,                )
                                    )  **ORDER FOR SUMMONS**
16    v.                            )
                                    )
17 CLAYTON SERRAO,                  )
                                    )
18        Defendant.                )
                                    )
19 _____ )

20     Having reviewed the Declaration of Acadia L. Senese, the Court finds that probable cause
21 exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
22 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Clayton Serrao to
23 appear on January 6, 2006 at 9:30 am before Magistrate Judge Joseph C. Spero to answer the
24 Information that has been filed by the United States Attorney.

25     IT IS SO ORDERED.

26 Dated: 12/9/05                       _____
27                                      ELIZABETH D. LAPORTE
                                        United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 05-00691 MAG