UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00691-01 MAG |
| ) | |
| CLAYTON SERRAO ) | |

ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentence originally set for the 18th day of August, 2006, be continued until the 22nd day of September, 2006 at 10:30 a.m.

Date: 7/12/06

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE