IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>CLAYTON SERRAO,<br><br>            Defendant. | No. CR 05-00691 MAG<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING SENTENCING<br><br>**Current Sentencing Hearing Date:** Friday, September 22, 2006 at 10:30 am<br><br>**New Sentencing Hearing Date:** Friday October 27, 2006 at 10:30 am |

Sentencing in the above-entitled case is currently scheduled for Friday, September 22, 2006 at 10:30 am. The defense has requested that sentencing be continued until Friday, October 27, 2006 at 10:30 am. In this stipulated order, AFPD Kalar represents that he has spoken to the Probation Officer assigned to this case, who is available on the 27th.

The government has no objection to this request.

Therefore, for good cause shown sentencing in the above-entitled case shall be continued until Friday, October 27, 2006 at 10:30 am. The current sentencing hearing of Friday, September 22 shall

//

//

//

*Serrao,* CR 05-00691 MAG
ORD. CONT. SENT.

be vacated.

IT IS SO ORDERED.

  September 15, 2006
DATED

                                                  
United States Magistrate Judge

IT IS SO STIPULATED.

___09/12/06_____       _____/s/_____
DATED                                     KEVIN V. RYAN
                                                  United States Attorney
                                                  Northern District of California
                                                  DEREK R. OWENS
                                                  Assistant United States Attorney

_____09/12/06_____       _____/s/_____
DATED                                     BARRY J. PORTMAN
                                                  Federal Public Defender
                                                  Northern District of California
                                                  STEVEN G. KALAR
                                                  Assistant Federal Public Defender

-