KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
Fax: (415) 436-7234
Email: derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CLAYTON SERRAO, )<br>)<br>    Defendant. )<br>_____ ) | No. CR 05-00691 JCS<br><br>**PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable Joseph C. Spero, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner CLAYTON SERRAO, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner

//

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 05-00691 MAG

1 | requests that this Court issue the Writ as presented.
2 |
3 | DATED: October 30, 2006                    Respectfully submitted,
4 |                                            KEVIN V. RYAN
  |                                            United States Attorney
5 |
6 |
7 |                                            /s/
  |                                            DEREK R. OWENS
  |                                            Special Assistant United States Attorney
8 |
9 | IT IS SO ORDERED.
10 |
11 | DATED: October 31, 2006
12 |
  |                                            HON. JOSEPH C. SPERO
13 |                                            United States Magistrate Judge

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the West County Detention Facility, 5555 Giant Highway Richmond, Richmond, CA 94806, (510) 262-4200.

**GREETINGS**

WE COMMAND that on November 17, 2006, at 10:30 a.m., you have and produce the body of CLAYTON SERRAO, booking # 2006 017619, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Joseph C. Spero, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so CLAYTON SERRAO may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-referenced institution, or to abide by such order of the above-entitled Court concerning the custody of CLAYTON SERRAO, and to further produce CLAYTON SERRAO at all times necessary until the termination of the proceedings in this Court;.  Accordingly,

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: October 31, 2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Karen L. Hom*
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 05-00691 MAG